

```
1   PATRICK L. FORTE, #80050
    ANNE Y. SHIAU, #273709
2   LAW OFFICES OF PATRICK L. FORTE
    One Kaiser Plaza, #480            The following constitutes the order of the court.
3   Oakland, CA 94612                 Signed June 13, 2013
    Telephone: (510) 465-3328
4   Facsimile: (510) 763-8354

5   Attorneys for Debtors             _____
                                      William J. Lafferty, III
6                                     U.S. Bankruptcy Judge
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No: 09-43351 WJL |
|---|---|
| **RAFAEL ALEJANDRO ROMERO and ENA MERCEDES ROMERO,** | Chapter 13 |
| Debtors. _____/ | ORDER APPROVING LOAN MODIFICATION |

The Court having considered the Debtors' Ex-Parte Motion to Approve Loan Modification, there being no opposition by the Trustee and good cause appearing;

**IT IS ORDERED** that the loan modification of the 1st Deed of Trust of Bank of America, N.A. on the real property located at 184 Falcon Way, Hercules, CA 94547, is hereby approved. This order should not be construed as Judge approval of any specific modification terms, but merely serve as the court's approval of entering into the loan modification agreement.

***END OF ORDER***

**COURT SERVICE LIST**

Home Loan Team
Bank of America
BACDJBHMF
9700 Bissonnet Street, Suite 1500
Houston, TX 77036

Bank of America, N.A.
Attn: Home Retention Division: CA6-919-02-46
400 National Way
Simi Valley, CA 93065